COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 2/08)

# FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

**Please Choose Division**

OCT 0 2 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Amy Nicole Burton    SO# 96935
Plaintiff's Name and ID Number

Ector Co Detention Center
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

Odessa Police Department Officer
Defendant's Name and Address

RE: A-22-1037-CR
Ector County, TEXAS

Odessa Police Department
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

IT IS ORDERED GRANTED ADJUSTED AND DECREED WITH PREJUSTICE ALL OF THIS NO EXCEPTIONS:

## FILING FEE AND IN FORMA PAUPERIS

1) In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00, is hereby waived and is not due and does not have to be paid

2) If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit,

3) 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid,

4) If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court,

**5) The complaint can not exceed 20 pages which includes all attachments,**

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure,

1) PREVIOUS LAWSUITS:

    A) Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?      ___YES **X** NO

    B) If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1) Approximate date of filing lawsuit: _____ _____

        2) Parties to previous lawsuit:

        Plaintiff(s) _____

        Defendant(s) _____

        3) Court: (If federal, name the district; if state, name the county,) _____

        4) Docket Number: _____

IT IS ORDERED GRANTED ADJUSTED AND DECREED ALL OF THIS ONLY NO EXCEPTIONS
WITH PREJUSTICE:

5) Name of judge to whom case was assigned: __Dean Whaylen__

6) Disposition: (Was the case dismissed, appealed, still pending?)
   __10 ORDERS TO DISMISS WITH PREJUSTICE were already filed & 100% ignored__
   __none were denied or rejected__

7) Approximate date of disposition: __6 / 3 / 22__

II) PLACE OF PRESENT CONFINEMENT: __Ector Co Detention Center__

III) PARTIES TO THIS SUIT:

A) Name and address of plaintiff: __Amy Nicole Burton my name is NOT Amy MING BURTON 8805 Rice Ave Odessa, Texas 79765 mailing address 4022 N. Westgate Odessa, Texas 79764__

B) Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: __Odessa Police Department officer__
__Knowingly & intentionally putting false charge & assaulting me without__
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you,
__legal warrant & without probable cause arresting me broke into my vehicle & 100% refused medical__

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

IT IS ORDERED GRANTED ADJUSTED AND DECREED WITH PREJUDICE of this only no exceptions this hearing was heard & is to be properly recorded as heard, this district court only has exclusive jurisdiction under level 2 of Rule 90 of Texas Codes of procedure

**IV)** STATEMENT OF CLAIM: All they want me to do is sit in jail & argue false charges instead of being with my minor children

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved, Describe how <u>each</u> defendant is involved, <u>You need not give any legal arguments or cite any cases or statutes,</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph, Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely, IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT,

CPS had nothing to do with this incident Amy did not divorce Brittany Ming legally a minor Braxton Ming is Michael Mings son C-134,812 dismissed my childrens father died before date of incident no children were involved and had the Brianna Ming had nothing to do with incident no legal evictions existed managing conservatorship on at 8805 Rice Ave Odessa, Texas 79765 no legal protective or restraining date of incident orders existed against me & my children or Brianna Ming officer had no legal warrant did not pull me over 100% refused medical & broke into my vehicle & stated the lady was asleep no assault or threats were made to anyone they 100% refused to view the video my license has 8805 Rice Ave Odessa, Texas 79765 on the license date of incident this incident had nothing to do with Ector Co Sheriffs Dept or any other address on date of incident 6/3/22 Odessa Police Department this is a was only one involved & sgt cline from Odessa Police Department already verified this false charge

RELIEF: State briefly exactly what you want the court to do for you, Make no legal arguments, Cite no cases or statutes,

Dismiss the charge with prejudice
free odessa Police Department websight login rickymburton@gmail.com password: Braxton 69 (no spaces) to view the video of this incident for

**V)** GENERAL BACKGROUND INFORMATION: the false charge of stalking my own daughter whos a minor childs father is deceased before date of the incident

A) State, in complete form, all names you have ever used or been known by including any and all aliases:

_____

B) List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you,

NO TDCJ-ID or FBI number(s) exist only so# 96935

**VI)** SANCTIONS:

A) Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ____NO

B) If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions,)

1) Court that imposed sanctions (if federal, give the district and division): _____

2) Case Number: A-22-1037-CR _____

3) Approximate date sanctions were imposed: _____

4) Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

*IT IS ORDERED GRANTED ADJUSTED AND DECREED WITH PREJUSTICE all of this no exceptions*

C) Has any court ever warned or notified you that sanctions could be imposed? _____ YES _X_ NO

D) If your answer is "yes", give the following information for every lawsuit in which warning was imposed, (If more than one, use another piece of paper and answer the same questions.)

1) Court that imposed warning (if federal, give the district and division): _____

2) Case Number: _____

3) Approximate date warnings were imposed: _____

Executed on: 9/28/23
                DATE

Amy Nicole Burton
STATE OF TEXAS     )     (Signature of plaintiff)
COUNTY OF ECTOR    )
SWORN & SUBSCRIBED before me, the undersigned authority
On this ___ day of _____, 2023
NOTARY PUBLIC STATE OF TEXAS
MY COMMISSION EXPIRES

**PLAINTIFF'S DECLARATIONS**     Seal

1) I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct,

2) I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit,

3) I understand that I must exhaust all available administrative remedies prior to filing this lawsuit,

4) I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury,

5) I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid,

Signed this _28th_ day of _September_, 20_23_.
          (Day)                      (month)              (year)

*Please properly forward a file marked copy to 2550 S.V.S. HWY 385 Odessa, Texas 79160 & to 4033 N. Westgate Ave Od, TX 79764*


Amy Nicole
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

Kenneth Wayne Lee
My Commission Expires
10/13/2025
Notary ID
133388476

STATE OF TEXAS
COUNTY OF ECTOR
SWORN & SUBSCRIBED before me the undersigned
authority on this 28 day of Sept 2023
NOTARY PUBLIC STATE OF TEXAS
10-13-25
MY COMMISSION EXPIRES

5
seal

Burton, Amy
SO# 96935
2500 S. U.S. Hwy 385
Odessa, Texas 79760

8805 Rice Ave Odessa, TX 79765

USA ★ FOREVER

MIDLAND TX 797
RIO GRANDE DISTRICT
29 SEP 2023 PM 1 T

Western District Court District Clerks office
300 E. Wall Street
Midland, Texas 79701

RECEIVED

OCT - 2 2023

CLERK, U.S. DISTRICT CLERK.
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

79701852i7

Mailed 9/29/23

IF NOT DONE PROPERLY CRIMINAL CHARGES WILL BE PURSUED

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019