*certified forward a filemarked filed copy*
*please to*

**FILED**
NOV 03 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

PO BOX 331
Odessa, TX 79760
SO#96935 thank you
please withprejustice
charges dismissed withprejustice
filed pursuant to

**EXHIBIT:**
**DEFAULT JUDGEMENT ORDER WITHPREJUSTICE**

UNITED STATES DISTRICT
WESTERN DISTRICT OF TEXAS
MIDLAND/Odessa DIVISION

AMY NICOLE BURTON (PRO-SE)
VS
ODESSA POLICE DEPARTMENT
OFFICER

NO: MO:23-CV-00152-DC

*no one can act sign withprejustice there no exceptions past present future inprejustice nothing works out no causes no exceptions withprejustice*

can't bond out without I fit's a legality dismissed with Ector to Ector Co. Texas

**DEFAULT JUDGEMENT ORDER WITHPREJUSTICE**

IT IS ORDERED GRANTED ADJUSTED AND DECREED WITHPREJUSTICE all of this only no exceptions for even if this is argued it cannot be even if voided, modified, proper district courts do not respond, even if modified, amended even if changed in any way for this cannot be even if proper district judge don't agree with this for even if proper district court reporter does not properly record this hearing as heard on October ___, 2023 state of texas did not properly respond state of texas waived there rights in this cause number NO:MO:23-CV-00152-DC RE:A-22-1037-CR ECTOR COUNTY CASE false charge falsely reinstated as A-221037-CR-1 alledgably state of texas did not attend hearing for october 23, 2023 and they did not notify me of any hearing this seems to be a routine pattern every where I go this court only has exclusive jurisdiction to record this hearing as heard for its conducted under level 2 you did not give me enough proper court ordered time to pay the fee by set court ordered date that was not court ordered granted for the charge of Stalking against said defendant in A-22-1037-CR falsely reinstated as A-221037-CR-1 alledgably and any other criminal causes that are pending haven't been filed regarding this or any other criminal causes past, present, future are hereby court ORDERED GRANTED DISMISSED ALL WITHPREJUSTICE in any district or proper assigned courts every not specified even in district courts and none can be reinstated and the DEFAULT JUDGEMENT ORDER WITHPREJUSTICE is in favor for PRO-SE AMY NICOLE BURTON and no SO#, TDCJ# or FBI # legally exists and said defendants criminal record is hereby to be expunged withprejustice at all recording agencies past, present, future withprejustice I'm demanding this charge for SO#96935 hereby dismissed withprejustice immediately & be released immediately

*a did not give me proper time court ordered to pay filing fees*

*certified forward odessa, TX within I day withprejustice*

*please forward a properly file marked copy to P.O. Box 331, TX 79760 SO#96935*

*all bond money refunded immediately withprejustice*

Certificate of Service
10/13/2025
this is filed in Ector Co 300 N Grant Ave Odessa, TX Clerk of courts district clerks office of proper handling of service thereof _____ days of 2023

IT IS ORDERED GRANTED ADJUSTED AND DECREED WITHPREJUSTICE centrally hand delivered within 1 day

[Notary seal: Kenneth Wayne Lee, My Commission Expires 10/13/2025, Notary ID 133388476]

STATE OF TEXAS
COUNTY OF ECTOR
SWORN & SUBSCRIBED before me the undersigned authority 11-1-23
Amy Nicole Burton
MY COMMISSION EXPIRES 10-13-25

Amy Burton
8805 Rice Ave
Odessa, TX 79765

MIDLAND TX 797
RIO GRANDE DISTRICT
02 NOV 2023 PM 1 T

United States District Clerks Office
200 E. Wall St RM #222
Midland, Texas 79701

RECEIVED
NOV 3 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

file made me properly temporarily
file me
a criminal change?
will be passed on
with hypnosis

mailed 10/31/23

79701$5201




THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT   © USPS 2019