UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| AMY NICOLE BURTON | § | |
| | § | |
| vs. | § | NO:  MO:23-CV-00152-DC |
| | § | |
| ODESSA POLICE DEP'T OFFICER FNU LNU | § § | |

### ORDER DENYING PLAINTIFF'S
### MOTION FOR DEFAULT JUDGMENT
### [DOCKET NUMBER 8]

On November 3, 2023, Plaintiff filed a Default Judgement Order with Prejustice, hereinafter construed as a Motion for Default Judgment. [docket number 8] (errors in original). Therein, she asserts that Defendant is in default for failure to reply to her Civil Rights Complaint. [*Id.* at 1].

The Fifth Circuit has held that "default judgments are a drastic remedy not favored by the Federal Rules and resorted to by the courts only in extreme situations." *Sun Bank of Ocala v. Pelican Homestead & Sav. Ass'n*, 874 F.2d 274, 276 (5th Cir. 1989). A plaintiff is not entitled to a default judgment as a matter of right even where the defendant is technically in default. *Lewis v. Lynn*, 236 F.3d 766, 767 (5th Cir. 2003) (per curiam). Instead, a default judgment is committed to the discretion of the district court. *Mason v. Lister*, 562 F.2d 343, 345 (5th Cir. 1977). Furthermore, "[f]ederal courts generally disfavor default judgments, preferring to resolve disputes according to their merits." *Harper MacLeod Solicitors v. Keaty & Keaty*, 260 F.3d 389, 393 (5th Cir. 2001) (citations omitted); *see also Lewis*, 236 F.3d at 767.

The entry of a default judgment is not appropriate under the circumstances of this case, as Defendant has not "failed to plead or otherwise defend" in this action. *See* Fed. R. Civ. P. 55(a). The only reason Plaintiff asserts for a default judgment is that the Defendant has yet to respond

in this matter, but he has also not yet been served by the Court. [*See generally* docket]. Therefore, this Motion is both baseless and premature. This Court finds that is not enough of a reason to justify the extreme remedy of a default judgment. Therefore, Plaintiff's Motion for Default Judgment is **DENIED WITHOUT PREJUDICE**. [docket number 8].

It is so **ORDERED**.

SIGNED this 7th day of November, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE